UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT,<br><br>                           Plaintiff,<br>    v.<br><br>ROBERT HEARTMAN, et al.,<br><br>                         Defendants. | Case No. 3:23-cv-00095-ART-CSD<br><br>**Order** |

       The Court's order at ECF No. 13 was sent to 42 U.S.C. § 1983 Plaintiff Donald Leon Wright at his address of record but was returned with the notation that he has been transferred to Southern Desert Correctional Center. (*See* ECF No. 14.) Plaintiff is advised that Local Rule IA 3-1 requires that he file written notice of change of address.

       IT IS ORDERED that the Clerk of Court **send a courtesy copy of ECF Nos. 12 and 13** to Plaintiff at:

       Law Library -- Southern Desert Correctional Center

       Email: sdcclawlibrary@doc.nv.gov

       DATED THIS 9th day of January 2024.

                                                              */s/ CSD*
                                                 CRAIG S. DENNEY
                                                 UNITED STATES MAGISTRATE JUDGE