UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD LEON WRIGHT,<br><br>                              Plaintiff,<br>v.<br>ROBERT HEARTMAN, et al.,<br><br>                              Defendants. | Case No. 3:23-cv-00095-ART-CSD<br><br>**Order Dismissing Complaint and Closing Case** |

The Court stayed Plaintiff Donald Leon Wright's 42 U.S.C. § 1983 action to allow the parties an opportunity to settle the case. (ECF No. 3.) Wright was released on parole in early January 2024. (*See* ECF Nos. 10, 11.) The Court therefore instructed Wright to contact the Inmate Early Mediation Coordinator by February 13, 2024 to discuss the logistics of the mediation set for February 27, 2024. (ECF No. 11.) Plaintiff failed to contact the Court and failed to appear at the February 13 mediation. (*See* ECF No. 18.) Plaintiff has also failed to update his address. LR IA 3-1. The Court, therefore, dismisses his complaint without prejudice for failure to follow the Court's order and failure to appear at the mediation. The application to proceed *in forma pauperis* (ECF No. 1) and Wright's motion for documents (ECF No. 9) are moot.

IT IS THEREFORE ORDERED that this § 1983 action is **DISMISSED** without prejudice as set forth in this order.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* and motion for documents **(ECF Nos. 1, 9) are both denied** as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 5th day of March 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1